

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————

No. 02-18-00412-CR

———————————

MIGUEL ANGEL RODRIGUEZ, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 2
Tarrant County, Texas
Trial Court No. 1528626

Before Sudderth, C.J.; Meier and Birdwell, JJ.
Memorandum Opinion by Justice Birdwell

**MEMORANDUM OPINION**

Pursuant to a plea-bargain agreement, the trial court convicted appellant Miguel Angel Rodriguez of possessing a controlled substance in cause number 1520391D. He appealed his conviction in that case along with his conviction arising from another case, and we dismissed both appeals because the trial court had certified that he had no right to appeal. *See Rodriguez v. State*, Nos. 02-18-00358-CR, 02-18-00359-CR, 2018 WL 4925339, at *1 (Tex. App.—Fort Worth Oct. 11, 2018, no pet.) (mem. op., not designated for publication); *see also* Tex. R. App. P. 25.2(d). As part of his plea bargain in cause number 1520391D, the trial court dismissed this case, cause number 1528626. From the trial court's dismissal order, Rodriguez filed a notice of appeal.

We sent Rodriguez a letter expressing our concern that we lacked jurisdiction over his appeal. We informed him that unless he filed a response showing grounds for continuing this appeal, we could dismiss it. He has not responded.

In a criminal case, we generally have jurisdiction only when the trial court has signed a judgment of conviction. *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). We do not have jurisdiction from a trial court's order dismissing a criminal case. *See Munguia v. State*, No. 11-18-00059-CR, 2018 WL 1546233, at *1 (Tex. App.—Eastland Mar. 30, 2018, no pet.) (mem. op., not designated for publication); *McCray v. State*, No. 01-12-00969-CR, 2013 WL 6047614, at *1 (Tex. App.—Houston [1st Dist.] Nov. 14, 2013, no pet.) (mem. op., not

designated for publication). Therefore, we dismiss this appeal. *See* Tex. R. App. P. 43.2(f).

/s/ Wade Birdwell

Wade Birdwell
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 20, 2018